## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:   **John Joseph Marchiano Sr.**                    **Case No.  10-56426**
              xxx-xx-2671
         **Michele Leighann Marchiano**                  **Judge C. Kathryn Preston**
              xxx-xx-7780                                     **Chapter 13**
              **Debtors**

### NOTICE OF CHANGE OF ADDRESS

Now comes the Debtor, Michele Leighann Marchiano, by her attorney and gives notice

that her address has changed as follows:

> Michele Leighann Marchiano
> 76 Cherry Lane
> New Concord, Ohio 43762

                                              /s/ *Robert Ellis*
                                              _____
                                              Robert Ellis, Esq. (0011706)
                                              ELLIS & ELLIS,
                                              A Legal Professional Association
                                              Attorneys for Debtors
                                              328 Fourth Street
                                              Marietta, OH 45750
                                              740-373-8624 Fax 740-373-8981
                                              bobellis@ellisandellis.net

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice was served this date on the parties
whose names are listed below electronically through ECF.

Frank M. Pees, Chapter 13 Trustee
Office of the U. S. Trustee

Date: 12/24/2014                            /s/ *Robert Ellis*
                                            _____
                                            Robert Ellis